# United States District Court

## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.

LAKE ETHAN ROBERTS,
[DOB: 06/28/2000]

**<u>COUNT ONE</u>**
***Unlawful Possession of Unregistered Firearms – Destructive Devices***
26 U.S.C. §§§ 5845(a)(8), 5861(d) and 5871
NMT 10 Years' Imprisonment
NMT $10,000 Fine
NMT 3 Years' Supervised Release
Class C Felony
$100 Mandatory Special Assessment

## CRIMINAL COMPLAINT

**Case Number: 26-MJ-00078-JAM (SWH)**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**<u>COUNT ONE</u>**

***(Unlawful Possession of an Unregistered Firearm - Destructive Device)***

On or about May 14, 2026, in the Western District of Missouri, the defendant, **LAKE ETHAN ROBERTS**, knowingly possessed two firearms,[1] that is two destructive devices, to wit, two items **ROBERTS** referred to as "alcohol shooters filled with black powder surrounded with steel BBs" that constitute two improvised explosive devices (IEDs), also called homemade bombs, generally consisting of explosive main charges, methods of initiation, and containers and enhancements, specifically bottles surrounded by BBs that were adhered to the bottles with duct tape, as defined in 26 U.S.C. § 5845(a)(8) and (f), that were not registered to him in the National

[1] Title 26, United States Code, Section 5845(a)(8) defines the term "firearm" to include a "destructive device." Section 5845(f) defines "destructive device" to include any explosive or incendiary bomb or similar device.

Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5861(a) and 5871.

Melissa McLain
Special Agent
Federal Bureau of Investigation

Presented by reliable electronic means and sworn to telephonically

~~Sworn to before me and subscribed in my presence,~~

**May 28, 2026** at Kansas City, Missouri

Date | City and State

HONORABLE SARAH W. HAYS
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer