# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Melissa McLain, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since December 2019. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am assigned to the Domestic Terrorism and Weapons of Mass Destruction Squad, a component of the Joint Terrorism Task Force. During my tenure as an agent, I have received training and experience in conducting criminal and national security investigations.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 26 U.S.C. §§§ 5845(a)(8), 5861(d) and 5871, that is unlawful possession of an unregistered firearm, specifically a destructive device, are being committed, and will be committed by Lake Ethan Roberts (Roberts), date of birth June 28, 2000, who resides at a known address in Kansas City, Missouri.

## STATEMENT OF FACTS

4. This application is submitted in connection with an on-going criminal conspiracy investigation conducted by the FBI Kansas City, Missouri, Field Office.

5. Roberts resides in the Kansas City, Missouri, area, which is located in the Western District of Missouri.

6. By way of intelligence gathering, witness reporting, and surveillance, Roberts,

among others, is involved in discussions, planning, resourcing, and conspiring to engage in acts of violence directed towards government entities and property, particularly the United States Immigration and Customs Enforcement agency ("ICE"), the National Guard, and other opposing political groups. Specifically, participants of the Red Legs group have previously discussed ambushing patrols and using incendiary devices on local government buildings. Participants of the group have had communications about the recent deployment of the Missouri National Guard, other federal operations, and local ICE activity as triggers for enacting violence.

7. During the course of the investigation, I have learned participants of the Red Legs group mainly communicate through the encrypted messaging application known as Signal. Signal is a specific, private messaging application that emphasizes privacy and security through end-to-end encryption. Signal allows users to send texts, voice messages, photos and other files over the internet. To ensure operational security, Roberts and others conducted some of their communications on a Signal[1] private chat (the Red Legs Signal private chat group). The participants in the Red Legs Signal private chat group commonly discuss certain federal activity which will constitute triggers for participants of the Red Legs group to engage in violent acts. Roberts has contributed to these plans. The FBI has received screenshots of text communications between participants in this Signal group, including those of Roberts.

**Identification of Individuals Participating in the Red Legs Group**

8. The Kansas City FBI Office ("FBI KC") became aware of a group of individuals, self-identified as the Red Legs, by way of sensitive source reporting, specifically a Detective

[1] Based upon this and other investigations, I know that Signal is an encrypted messaging platform. Signal messages and calls typically cannot be accessed by third parties, including law enforcement, because they are end-to-end encrypted and secured. Further, Signal makes known that the platform was designed to never collect or store any sensitive information.

("KCD") with the Kansas City Police Department. As discussed in more detail later in this affidavit, the KCD has provided to FBI KC screenshots of messages from the Signal private chat.

9. In 2020, the KCD was observing social media of a subject who was suspected of vandalizing the Kansas City, Missouri Police Department Headquarters. While reviewing social media communications, the KCD learned about an organization that was called the Midwest Youth Liberation Front ("MWYLF"). MWYLF had operated multiple social media accounts, including on Signal. In February 2021, the KCD requested and was approved to join the MWLF Signal chat. From these communications, the KCD learned of and requested to access People's Spark Signal chat around May of 2022. From this chat, the KCD became aware of Red Legs Facebook Messenger Chat and requested access around November 2023. The group later moved to Signal for added security. The KCD was added to the Signal chat along with approximately 11 others.

10. As developed in this investigation, the Red Legs Signal chat contained conversations and rhetoric that promoted violence against entities such as ICE. Subjects discussed ambushing ICE agents, acquiring military weapons by attacking military trains, acquiring explosives, and numerous other plans for violence. Around June 2025, the KCD sent this information to FBI KC.

11. During this investigation, several participants in the Red Legs group have been identified, including Roberts. A records check through the State of Missouri revealed that Lake Roberts has a Missouri driver's license. The license lists an address in Kansas City, Missouri. The records check also showed that Roberts owns a 2006 Honda Civic (Missouri license plate XK9A3Y) that is registered to the same address. Roberts's mother is listed as his beneficiary on the vehicle registration. FBI KC and KCPD have conducted surveillance at the same address on several occasions and have observed Roberts departing the residence in his vehicle. During other

spot checks of the residence, law enforcement surveillance assets have observed the vehicle parked at the residence.

12. Additionally, the investigation has identified several other individuals in the Red Legs Signal private chat group. Law enforcement officials have been able to confirm the identity of many of the Red Legs members. For purposes of this affidavit, three of the Red Legs members, other than Roberts, are identified as Subject #1, Subject #2, and Subject #3.

**Development of Federal Investigation and Introduction of Undercover Employee**

13. Upon learning from the KCD of the Red Legs Signal private chat group conversations, the FBI successfully introduced an Undercover Employee (UCE) to the subjects of the investigation. The UCE began providing information beginning October 2025, developed through the UCE's involvement in the Signal chats, as well as in-person conversations with various participants in the Red Legs group.

14. Based upon my review of these screenshots, I have observed that Roberts communicates with other subjects about the group's plans to commit acts of violence against entities of the United States Government and local governments.

15. Individuals in the Red Legs group have previously discussed ambushing patrols and using incendiary devices on local government buildings. Participants in the group have had communications about the recent deployment of the Missouri National Guard, other federal operations, and local ICE activity as triggers for enacting violence. The participants of the Red Legs Signal private chat group commonly discuss certain federal activity which will constitute triggers for participants of the Red Legs group to engage in violent acts. Roberts has contributed to these plans.

16. Below are text communications that Roberts has shared with participants of the Red Legs Signal group. These communications were made between June 6, 2025, and May 12, 2026.

The communications show messages sent by Roberts and do not show the full context of the conversation:

- "We could make a technical, but it would cost money. We would get a government auction truck, weld a mount on the back, then get a psa heavy barreled air in 308, slap in a super safety or binary trigger, and a drum magazine"

- "It wouldn't make sense to panic now, the time for panicking has long passed. Now we must make our peace, arm ourselves, and prepare to do what is necessary"

- "If ice moves to kc, thoughts on an armed response"

- "After we build our ranks and adequately arm ourselves, we can look into escalation"

- "I recommend we start slow at first. Maybe some basic sabotage… We should locate abandoned warehouses where we could potentially secure seized armor… First, we need to find a way to track military shipments, we don't want to derail the wrong train"

- "We need to plan decisive action against ice and dhs"

- "What are the chances we could get away with using drones to drop incendiary's [sic] to demolish key infrastructure"

- "I like the idea of using drones carrying cocktails to demolish key structures…Frozen water areas."

- "Is anyone interested in a range day this week at Parma woods? The entry fee is $5. If you don't have a firearm, you are welcome to use mine. I am willing to supply both instruction, ammo, and access to my firearms."

I know that Parma Woods is a firearms shooting range located in Parkville, Missouri.

- "See if you can locate any ice outposts in kc, we could look into sabotage"

- "This is one of those situations where we have to be careful. You can't just start ambushing them if the general population isn't ready to accept that yet. You have to, to some extent, meet the general population where they are at, otherwise the act won't be effective in inspiring further resistance, and would only serve end

resistance right when it starts. If we want to hit hard, or best option is to engage in acts of sabotage, and target the homes of individual agents."

- "We should have a concrete plan as a group if this passes. We need to see how many of us need rifles and plates."

Based on my training, experience and knowledge of this investigation, and the context in which the message was sent, I believe this last message is a reference to the MAMDANI Act. The MAMDANI Act, which was introduced in the U.S. House of Representatives in April 2026, is a proposed immigration bill in the U.S. House of Representatives that is formally titled as: "Measures Against Marxism's Dangerous Adherents and Noxious Islamists Act."

- "We need to be prepared to defend our communities"

17. Based on my training, experience, and knowledge of this investigation, I believe the Roberts's reference to "Frozen water areas" relates to ICE facilities and operations. I have this belief because the communications of the Red Legs private Signal chat group demonstrate that several individuals have expressed extreme animus towards ICE and the Department of Homeland Security. I know that persons engaged in illicit activity commonly communicate in code in an effort to conceal their criminal intent. Frozen water is more commonly called "ice," so I believe the reference to "Frozen water areas" is actually a reference to ICE facilities.

18. Below is a list of several text messages[2] made by Subject #1 which reveal his involvement in this conspiracy. These communications were made between June 6, 2025, and

[2] The quoted texted messages in this affidavit are excerpts of communications of Red Legs participants on Signal and they are not all of the communications made by Subject #1 that are in the possession of the FBI for purposes of this investigation.

March 12, 2026. The communications show messages sent by Subject #1 and do not show the full context of the conversation:

- "The way things are going, things are either going to pop off very soon or over the next few weeks and months it'll escalate and build up and pop off in the winter or spring so we all should probably be suspecting a cold fight and gather equipment and gear accordingly"

- "We have about 2-8 weeks to prepare for the inevitable…I believe the time frame for all the deployments and new ice agents graduating"

- "After all once the civil war is here the Red Legs will act as a sabotage and reconnaissance group so that's prime target"

- "Here's my proclamation for all the shit going on"

- "The Red Legs will stay the RLs[3] up until a citizen and or protestor is unalived by the fed during this Uprising"

- "Once that happens it's no holds barred and we reorganize as a revolutionary insurrectionist army"

- "No guns until a protestor is martyred then it's no holds barred"

- "We need to be more militant, treat every protest as a mission. Armed vehicles in front and back….We're at war and I wish the broader movement would understand and apply that"

- "It's about time we gather up, ditch our socials and phones and wage gw."[4]

- "[W]e could potentially get radios when we liberate arms and kits"

- Subject #1 sent photographs of a discreet plate carriers (concealable body armor) and Personnel Armor System for Ground Troops ("PASGT") ballistic helmet with the statement: "Cheap pasgt helmet and discreet plate carrier our active teams should strive to get."

- "we need the Red Legs as the official community defense group and the Jayhawkers for other activities (sunglass emoji) (fire emoji)""'…"Absolutely we are as the Red

---

[3] Based on my knowledge of this investigation, I believe the reference to "RLs" is a reference to the Red Legs and that the participants will use that moniker until a protester dies. Once that occurs, they will adopt a new name, specifically the "Jayhawkers" to demonstrate that the group has now become a guerrilla group.

[4] I interpret "gw" to mean guerilla warfare.

Legs but I dont want this group getting caught up because we'll be doing defense and mutual aid, other more serious acts shouldn't be under the RL name for plausible deniability. Think of it as a sub group. No formal docs or organizing, just a different logo so members who want to stay above ground for now wont be implemented if anything goes sideways"

- "Although Id love to get the Jayhawkers active i agree with @Lake it's far too early. We should be focusing on training so when the time is right there's a core group ready to get people's army running" "Before we're at the point of open rebellion we need to run drills, mock scenarios, camping expeditions etc plus there's tons of covert and recon missions we can go on in the future and once we're all RR trained and an official Anti Ice Rapid Response Org we can go out on patrol"

19. Additionally, below are several text messages made by Subject #2 which reveal his involvement in the Red Legs group. These communications were also made between June 6, 2025 and March 12, 2026. The communications show messages sent by Subject #2 and do not show the full context of the conversation:

- "south lawn needs to be caked in blood"
- "I feel its [sic] necessary to take the tried and true methods groups like the IRA used"
- Subject #2 captions an article about a data center coming to northland as "Juicy target."
- Subject #2 captions a photo of national guard in Washington D.C. as "Juicy targets."
- "But at least we'll get to take some nazi ratfuckers out. That makes me hopeful."
- "Our best bet is to just do what every guerilla has done…They cant use air support against an ambush they cant see, especially if they're already dead and we're repositioned."
- "That's why I think we need to invest in drones. One mavic[5] with enough payload can fuck an Abrams day up."
- "We have to make nazis afraid again. We know exactly what we'd do if we got our hands on a full blown, stars and bars swastika nazi."

---

[5] I believe this reference to a Mavic is a reference to a drone that is a compact quadcopter drone.

- "When can we spill Nazi blood?"
- "We need to give every leftist a slap in the face and tell them, 'wake up, mother fucker, your stern words and marches are not doing anything but make them laugh at you. Pick up a gun and fight, or support us outside the frontlines.'"
- In response to a discussion of the Charlie Kirk shooter, Subject #2 texted: "We should recruit him lol"
- "These are the fucking nonhumans we should target immediately"
- "I feel like its time to start planning and carrying out on our sabotage campaign"
- "I feel like we shouldn't take ICE agents prisoner personally"
- "At least NG [apparently referring to the National Guard] are just literally following orders…They deserve to be treated decent if captured ICE agents, I don't know"
- "It might be a video game, but holy fuck, does it make you wanna light a Molotov and hit your local government building lmao"
- "The things we REALLY need other than rifles and ammunition will be things that go boom"
- "Drones will be our best bet in limiting our casualties but maximizing theirs….no US troop will be genuinely ready for an FPV" [Based on my training and experience, I believe "FPV" is an acronym for a first-person view drone]"
- "If they saw a group of six armed red legs ambush a patrol and successfully draw back, thatd garner a lot of attention."
- "just means more authoritarians get to die horribly"
- "We shouldnt afford ICE or federal agents any leniency, capture, anything like that"
- "NG units, regular cops, god bless em and all that"
- "But feds, ICE, at the very least, two rounds through the face"
- "We really need to consider drones as our main line of attack"
- "More bang for your buck, quite literally"
- "Feds wouldn't be prepared for that, and even if they use EW, Fibre optic drones will make EW obsolete"

I believe Subject #2's use of the acronym "EW" is a reference to "electronic warfare." In this context, I believe Subject #2 is indicating that federal authorities may use technology designed to disable drones. Some drones can be controlled by fiber optic cables thus making them extremely resistant to electronic disruption technology.

- "100%, we could easily build FPVs with kits"
- "Only real problem is getting the boom"

I believe that Subject #2 is indicating that it will not be difficult for them to obtain First-Person View drones, but he is concerned about obtaining explosives (i.e., "getting the boom."

- "Ukrainians have access to hundreds of thousands of RPG heads and the materials to make different ones"
- "We could probably buy all the stuff but certain things would have to be bought separately, through different accounts and people"
- "That way they cant see the purchase of a drone, explosive material, pressure tips, etc"
- "Don't give a fuck that we don't go out of state, this motherfucker needs to be hunted down"

This is in reference to a specific Kansas City ICE employee

- "Fuck this protest bullshit, it gets nothing done"
- "We need to get more people ASAP, get them ready and sharp, and start going on the fucking offensive"
- "I'm sick of this sitting and waiting"
- "The fact nobody is ambushing these cocksuckers ANYWHERE is disgusting to me"
- "Most of us have no actual training and are more qualified than any ICE agent currently in Minneapolis"
- "We should look into addresses."

- "It can't be hard to find these fuckers, one group of guys go in, come out in less than ten minutes"

- "Leave their families out of it but don't let them see jackshit"

- "As much as I like seeing dead Russians in Ukraine, I'd love to see dead ice agents in the US a lot more"

- "Like it or not, we need to start killing people soon."

- "This is the fear and terror every ice agent and magshit needs to feel" "Drones will be our best friends" "We just need to learn how to make loitering munitions and thats not difficult at all." "We'd have to make sure we hit them when theyre not directly engaging with civilians" "Cant hit their vehicles until we identify them getting out or getting in" "Itd be easier for us to acquire and use DJI droppers, but FPVs are more than optimal" "I use an accurate FPV simulator, called Liftoff. Its helped a lot with the transition into the real thing, so for anyone wanting to work with drones, especially if you have access to a PC, get Liftoff, practice flying indoors, tight spaces, forests, etc" "FPV piloting is not easy at all, but once you get the hang of it, its hard to lose it" "Even better would be if we could use explosives against ICE or feds and then blame it on Iran or Iranian proxies"

- "We should consider a separate unit or something thats willing to do the harder work when necessary, a separation so that the people who prefer not to drag magats out of their houses and opening them on their lawns can do their work without impeding ours or having to live with what they'd done, just so we have some people that don't have to do the worst of the worst to the worst, so we can compartmentalize it or something" "Point being, ICE agents, LEOs, government officials, they need to be dragged from their beds and shot or hacked the same way they were during Nat Turner and John Browns time" "They have their psychos, we need our own, just not too psycho to where they cant be reeled in."

- "Seriously, folks, I shouldn't be so willing to go after these fucks, but I cannot fucking wait for the day we get to start flying drones into these fuckers chests." "We need to make it so that every single federal agent either kills himself or surrenders at the sound of a drone like a lot of Russians do." "These 'people' need to be more traumatized than the people they forced trauma upon." "Personally, if i could choose, federal agents, whether its ICE, FBI, DEA, ATF, DHS, if they're not a regular cop or a soldier, no capture. And if they are, only to be executed in front of our military court." "But police officers and US troops who surrender to us, we do our best to make sure they understand nothing bad will happen to them in our hands." "I think that's fair. Federal agents know exactly what theyre doing and whats happening, alot of cops and most soldiers are just doing what they're told, and if they support it, they can change"

20. Below is a list of several text messages made by Subject #3 which reveal his involvement in the Red Legs group. These communications were made between January 02, 2026 and May 16, 2026. The communications show messages sent by Subject #3 and do not show the full context of the conversation:

- "I just have to be very careful because I could lose my job and my license. HIPAA laws. And my job is unfortunately kinda necessary for me it's where I steal all my medical supplies from."
- "Another thought. Randomly quickly building barricades in the streets to shut down roads. No rhyme or reason to locations"
- "We should fuck with those cars"

The message above was in response to an article that had been posted within the Signal group about many ICE vehicles stationed in a Kansas City, Missouri parking lot.

- "Guys I'm willing to try to push this to become a KC autonomous zone situation"
- "So just curious when these fuckers are raiding houses and going into apartments and businesses and stuff do they leave anyone with their cars? Because PD typically doesn't from what I've seen."
- "Ya know all those leaked ice docs were found in a car."
- "Just wanted to put that in everyone's head before I go to bed. Lotta possibilities with that"
- "But yeah we need to bide our time and keep building. It may feel slow but we'll have our time, ice will hit here hard eventually. But if we stick it out and build up here and make connections we can be more ready for them than Minnesota was we'll have our chance yall."
- "Im excited for this round table as well. I'm really wanting to see how radical these other groups are wanting to get because I'm willing to go all out"
- "Man I just really don't wanna get shot or end up in federal prison" "But like that shits gonna happen whether we do it fighting back or not" "So might as well get fucking fighting"
- "Honestly we should just find like 50 fucking people and just firebomb a DHS/ICE office. Burn down some of their houses so they know we can find them"

- "Hit it with a Molotov"

This is in reference to a conversation about a local Kansas City home with a "Trump 2024" sign in the front yard.

21. In response to a conversation where participants of the group discussed finding and harming local ICE agents on or around January 07, 2026, Subject #3 shared in a direct message health information, name, date of birth, partial social security number, address, phone number, and email address for a suspected DHS employee that Subject #3 encountered while working at a local medical center.

**Evidence indicating Red Legs participants training, resourcing, and planning to conduct violent acts**

22. During this investigation participants of the Red Legs group have discussed training with firearms at a range day, conducted firearms range days, and discussed plans for more training. According to the reviewed communications, individuals involved with the Red Legs went to a gun range, located in Parkville, Missouri, within the Western District of Missouri, to train with firearms. Subsequently, one individual in the group, Subject #2, shared with the group a photograph of him apparently firing a rifle at the firing range in August 2025. Law enforcement authorities believe Roberts and Subject #2 were in attendance at this firearms training event based on communications in the Signal chat. In addition, FBI KC teams confirmed by observation a second and third range day with Lake Roberts present. Based on my training and experience, this shows that the subjects are not merely engaged in online discussions, but they are conducting real-world planning and preparation.

23. Over multiple months, Red Legs group planned, over Signal chats as well as in person meetings, to target and damage local Flock License Plate Readers (LPRs) in furtherance of

anti-government ideology. After conducting reconnaissance, determining a route to avoid detection, and using fake dealer tags, participants, including Roberts, attempted to damage LPRs in Overland Park, Kansas. Roberts used a pellet rifle to shoot at multiple LPRs on March 02, 2026. FBI Kansas City teams confirmed by observation the attempted property damage.

24. During a meeting between the UCE, Roberts, and Subject #3 on May 14, 2026, in Richmond, Missouri, located within the Western District of Missouri, Roberts brought two devices that he wanted to test to see how well they worked. The devices appeared to be wrapped in duct tape, and each had a green cord coming from the top of the device. Roberts described them as "alcohol shooters filled with black powder surrounded with steel BBs". The bottle had an aluminum cap with a hole in it for the "cannon fuse." The BBs were duct taped around the outside of the bottle. Roberts lit the fuse of the first device and threw it into a rock quarry area where it exploded. Roberts lit the second device, and again threw it into the quarry area, where it exploded.

25. After the second device exploded, Roberts, Subject #3, and the UCE proceeded into the quarry to see if they could determine the damage, area of effect, and recover what was left of the devices. Roberts was able to find pieces of the devices. One of the devices was still partially intact with duct tape still on the device and BBs stuck in the duct tape. Remnants of the second device were found with most of the container destroyed. Roberts stated he could improve the effects if he used a glass container instead of plastic.

26. This meeting was audio recorded and provided to FBI Laboratory Explosives Unit along with a report of the UCE's meeting, to conduct a device determination of the aforementioned devices. On May 22, 2026, FBI Laboratory Explosives Unit provided an opinion that the information contained in the report and the conversations captured in the audio recording describe two improvised explosive devices (IEDs). According to the expert opinion, IEDs, also called homemade bombs, generally consist of an explosive main charge, method of initiation, and

sometimes a container and/or enhancements. These devices were described as small liquor bottles containing the low explosive black powder with cannon fuse being utilized as the method of initiation. Properly assembled, the described IEDs would be capable of causing property damage, injury, and/or death. An IED that demonstrates weaponization characteristics either through design or use meets the technical elements of a destructive device. Weapon design elements would include the addition of hardened items, such as BBs, in the IED's construction. These items would enhance the fragmentation effect created from the explosion of the IED, thus enhancing its lethality. The FBI Laboratory Explosive Unit provided an opinion that the two IEDs described in the report and audio recording would each meet the technical elements of a destructive device.

27. As part of my involvement in this investigation, I conferred with Special Agent Kyle Lovelady, a federal agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). Special Agent Lovelady conducted an inquiry of the ATF's NFA Branch to see if Roberts had registered a weapon, to include destructive devices, in compliance with the National Firearms Act of 1934 (NFA). SA Lovelady relayed to me that based on his inquiry there was no firearms (to include destructive devices) registered to Roberts in the National Firearms Registration and Transfer Record. As I believe that the devices Roberts exploded on May 14, 2026 qualified as destructive devices, I believe he unlawfully possessed those destructive devices because they were not registered as required by federal law and therefore I believe there is probable cause to conclude that Roberts violated Title 26, United States Code, Sections 5845(a)(8), 5861(d) and 5871.

CONCLUSION

Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that Lake Roberts violated Sections 5845(a)(8), 5861(d) and 5871.

______________________________
Melissa McLain
Federal Bureau of Investigation
Special Agent
Kansas City, Missouri

Presented by reliable electronic means and sworn to telephonically

~~Subscribed and sworn to before me o~~n this 28th day of May 2026, via electronic means.

______________________________
HONORABLE SARAH W. HAYS
United States Magistrate Judge
Western Division of Missouri