IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE ETHAN ROBERTS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-00291-01-CR-W-FJG<br><br>Date: September 24, 2026 |

MINUTE SHEET

HONORABLE Fernando J. Gaitan, Jr., presiding at Kansas City
==================================================================

Nature of Hearing: Change of Plea

Time Commenced: 10:03 a.m. Time Terminated: 10:20 a.m.

Plaintiff by: Brandon Chlarson, AUSA
Defendant by: Lisa Nouri, Retained
Jane Francis, Retained

Proceedings: All parties appear as indicated above. Defendant in person. Court in session. Defendant is sworn. Defendant desires to withdraw plea of not guilty and enter plea of guilty to Count 1 of the Indictment. Defendant is questioned by the Court. Government summarizes nature of charges, maximum punishment under the law. . Plea agreement discussed. Defense counsel summarizes procedural rights and rights to trial by jury. Factual basis for entering plea discussed by Court. Defendant pleads guilty to Count 1 of the Indictment. Defense counsel summarizes facts alleged. Defendant found competent to plead. Factual basis established. Guilty plea accepted by the Court as being entered freely and voluntarily. Presentence investigation report ordered. Defendant is continued in custody of USM.

Probation Officer: Matthew Falkner
Courtroom Deputy: Christy Anderson
Court Reporter: Gayle Wambolt